UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　　Plaintiff(s)<br>v.<br><br>DUC THAI, INC.,<br><br>　　　　Defendant(s) | Case No.   3:22-cv-00328-SI<br><br>NOTICE OF SETTLEMENT OF ADA ACCESS CASE<br><br>(ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within __70__ days.

Date: August 01, 2022

Signed: /s/ Amanda Seabock
　　　　　　Attorney for Plaintiff(s)

Signed: /s/ Thai V. Nguyen
　　　　　　Attorney for Defendant(s)

Signed: _____
　　　　　　Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Settlement of ADA Access Case"*

*Form GO 56- Notice of Settlement of ADA Access Case – new 01-2020*