CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

THAI V. NGUYEN (SBN: 330842)
thai@pacificmotionlaw.com
PACIFIC MOTION LAW FIRM
621 Tully Road, Suite 217
San Jose, CA 95111,
Telephone: (408) 430-3804
Facsimile: (408) 598-2042
Attorneys for Defendant
Duc Thai, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER<br><br>　　　Plaintiff,<br><br>　v.<br><br>DUC THAI, INC., a California Corporation<br><br>　　　Defendants. | Case No.: 3:22-cv-00328-SI<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 05, 2022     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: October 05, 2022     PACIFIC MOTION LAW FIRM

By: /s/ Thai V. Nguyen
Thai V. Nguyen
Attorneys for Defendant
Duc Thai, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Thai V. Nguyen, counsel for Duc Thai, Inc., respectively, and that I have obtained Attorney Nguyen's authorization to affix their electronic signature to this document.

Dated: October 05, 2022               CENTER FOR DISABILITY ACCESS

                                      By: /s/ Amanda Seabock
                                      Amanda Seabock
                                      Attorneys for Plaintiff